IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CARLOS SHAW,

    Petitioner,

v.                                            CASE NO. 5:14-cv-133-RV-GRJ

WARDEN, FCI MARIANNA,

    Respondent.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 10, 2014 (doc. 4), which recommended that Petitioner's petition under 28 U.S.C. § 2241 should be denied.  The Petitioner has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.  The Clerk must enter judgment stating, "Petitioner's petition under 28 U.S.C. § 2241 is denied."

**DONE AND ORDERED** this 9th day of October 2014.

                                  /s/ Roger Vinson
                                **ROGER VINSON**
                                **SENIOR UNITED STATES DISTRICT JUDGE**